66 A.3d 1265

IN THE MATTER OF SERGIO R. PASTOR, AN ATTORNEY
AT LAW (ATTORNEY NO. 031121997).

June 6, 2013.

### ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 12–395, DRB 13–020, DRB 13–347 and DRB 13–048, recommending on the records certified to the Board pursuant to *Rule* 1:20–4(f) (default by respondent) that **SERGIO R. PAS-TOR,** formerly of **CRANFORD,** who was admitted to the bar of this State in 1998, and who has been temporarily suspended from the practice of law since August 28, 2012, be suspended from the practice of law for a period of three months for his unethical conduct found in three matters (DRB 12–395, DRB 13–047 and DRB 13–048) in which he violated *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to keep a client reasonably informed about the status of a matter or to comply with reasonable requests for information), *RPC* 1.5(a) (charging an unreasonable fee), *RPC* 1.5(b) (failure to provide a writing setting forth the basis or rate of the legal fee), *RPC* 1.16(d) (failure to refund an unearned retainer), *RPC* 5.3(b) (failure to supervise non-lawyer assistant) and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and that he be disbarred for his unethical conduct in DRB 13–020, in which he violated *RPC* 1.4(b) (failure to communicate with client), *RPC* 1.15(a) (knowing misappropriation of client funds), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and the principles of *In re Wilson,* 81 *N.J.* 451, 409 *A.*2d 1153 (1979) and *In re Hollendonner,* 102 *N.J.* 21, 504 *A.*2d 1174 (1985);

And **SERGIO R. PASTOR** having been failed to appear on the Order directing him to show cause why he should not be disbarred or otherwise disciplined;

And good cause appearing;

It is ORDERED that **SERGIO R. PASTOR** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **SERGIO R. PASTOR** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.